1  SEMNAR & HARTMAN, LLP
   Babak Semnar, Esq. (SBN 224890)
2  Bob@sandiegoconsumerattorneys.com
3  Jared M. Hartman, Esq. (SBN 254860)
   Jared@sandiegoconsumerattorneys.com
4  400 S. Melrose Dr., Suite 209
   Vista, CA 92081
5  Telephone (619) 500-4187; Fax (888) 819-8230
6
7  Attorneys for Plaintiff
   EVANGELINA BANKS
8

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BANKS, an individual, | Case No.: 5:16-cv-01652 |
| Plaintiff, | **NOTICE OF SETTLEMENT WITH DEFENDANT THE BEST SERVICE COPMANY, INC. ONLY** |
| v. | |
| KEVIN JEWELERS, INC.; THE BEST SERVICE COMPANY, INC.; DOES 1-10, | |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff, EVANGELINA BANKS, and Defendant, THE BEST SERVICE COMPANY, INC., have entered into a settlement in the above matter that will ultimately result in a dismissal being filed as to THE BEST SERVICE COMPANY, INC. only.

   The parties anticipate the terms to be completed within the next 45 days.

///
///
///

1
**Notice of Settlement**

As such, Plaintiff requests that all pending dates and deadlines as to Defendant THE BEST SERVICE COMPANY, INC. only be vacated.

SEMNAR & HARTMAN, LLP

DATED: August 29, 2016

*/s/ Jared M. Hartman*
JARED M. HARTMAN, ESQ.
Attorneys for Plaintiff
EVANGELINA BANKS