SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
Jared@sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone (619) 500-4187; Fax (888) 819-8230

Attorneys for Plaintiff
EVANGELINA BANKS

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JEWELERS, INC.; THE BEST SERVICE COMPANY, INC.; DOES 1-10,<br><br>Defendants. | Case No.: 5:16-cv-01652<br><br>**PLAINTIFF'S UNILATERAL DISMISSAL OF ENTIRE MATTER, AS TO ALL PARTIES AND ALL CAUSES OF ACTION, WITH PREJUDICE, PURSUANT TO RULE 41** |

PLEASE TAKE NOTICE that Plaintiff, EVANGELINA BANKS, hereby voluntarily dismisses this entire matter, as to all causes of action and all parties, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SEMNAR & HARTMAN, LLP

DATED: September 12, 2016           */s/ Jared M. Hartman*
                                    JARED M. HARTMAN, ESQ.
                                    Attorneys for Plaintiff
                                    EVANGELINA BANKS