| | |
|---|---|
| SEMNAR & HARTMAN, LLP<br>Babak Semnar, Esq. (SBN 224890)<br>Bob@sandiegoconsumerattorneys.com<br>Jared M. Hartman, Esq. (SBN 254860)<br>Jared@sandiegoconsumerattorneys.com<br>400 S. Melrose Dr., Suite 209<br>Vista, CA 92081<br>Telephone (619) 500-4187; Fax (888) 819-8230 | E-FILED 9/12/16<br><br>NOTE CHANGES MADE BY THE COURT |

Attorneys for Plaintiff

EVANGELINA BANKS

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JEWELERS, INC.; THE BEST SERVICE COMPANY, INC.; DOES 1-10,<br><br>Defendants. | Case No.: 5:16-cv-01652<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT THE BEST SERVICE COPMANY, INC. ONLY** ; ORDER |

   PLEASE TAKE NOTICE that Plaintiff, EVANGELINA BANKS, and Defendant, THE BEST SERVICE COMPANY, INC., have entered into a settlement in the above matter that will ultimately result in a dismissal being filed as to THE BEST SERVICE COMPANY, INC. only.

   The parties anticipate the terms to be completed within the next 45 days.

///

///

///

1
**Notice of Settlement**

1  As such, Plaintiff requests that all pending dates and deadlines as to Defendant THE BEST SERVICE COMPANY, INC. only be vacated.

SEMNAR & HARTMAN, LLP

DATED: August 29, 2016   */s/ Jared M. Hartman*
JARED M. HARTMAN, ESQ.
Attorneys for Plaintiff
EVANGELINA BANKS

> **IT IS SO ORDERED.**
>
> DATED: 9/12/16
>
> _____
> **U.S. DISTRICT JUDGE**