E-FILED 9/15/16
JS-6

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JEWELERS, INC.; THE BEST SERVICE COMPANY, INC.; DOES 1-10,<br><br>Defendants. | Case No.: 5:16-cv-01652<br><br>[~~PROPOSED~~] ORDER UPON PLAINTIFF'S UNILATERAL DISMISSAL OF ENTIRE MATTER, AS TO ALL PARTIES AND ALL CAUSES OF ACTION, WITH PREJUDICE, PURSUANT TO RULE 41 |

PLEASE TAKE NOTICE that, pursuant to the unilateral dismissal filed by Plaintiff, EVANGELINA BANKS, on September 12, 2016, this matter is dismissed in its entirety, as to all causes of action and all parties, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: 9/15/16

PHILIP S. GUTIERREZ
The Honorable Judge of the
U.S. District Court

1
**[Proposed] Oder Upon Plaintiff's Unilateral Dismissal**